# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| FRED MARTIN,<br><br>      Plaintiff,<br><br>vs.<br><br>PROBITY NATIONAL MORTGAGE CORP.,<br><br>      Defendant. | No. C03-0120<br><br>**REPORT AND RECOMMENDATION** |

_____

This matter comes before the court pursuant to the plaintiff's November 22, 2005, motion to compel enforcement of settlement agreement (docket number 58). The court set a hearing on this motion for December 19, 2005. At the hearing, the plaintiff appeared by Kimberly Blankenship. No one appeared for the defendant. The plaintiff's motion to compel enforcement of the settlement agreement is unresisted.

A copy of the settlement agreement that was negotiated is attached to the plaintiff's motion. The plaintiff simply requests that the court enter judgment against Probity National Mortgage Corp. in the amount of Ten Thousand Dollars ($10,000.00). Because the plaintiff's motion is unresisted, the court recommends the immediate entry of judgment for the plaintiff.

Upon the foregoing,

**IT IS RECOMMENDED**, that the plaintiff's November 22, 2005 motion to compel enforcement of settlement agreement (docket number 58) be granted and judgment be

entered in favor of Fred Martin and against Probity National Mortgage Corp. in the amount of Ten Thousand Dollars ($10,000.00).

December 19, 2005.

JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT